FRED C. WEIS

*v.*

STATE OF ILLINOIS.

*Opinion filed December 22, 1916.*

FEES AND SALARIES—*payment of to persons in classified civil service.*
A person in the classified State Civil Service, discharged without authority,
and later reinstated, is entitled to payment of his salary for the period of
his discharge.

T. J. Sullivan, for Claimant.
P. J. Lucey, Attorney General, for State.

The claimant in this case, Fred C. Weis, held the position of clerk
of the State Mining Board of the State of Illinois, for some time prior
to July 1, 1911, up to, on or about the 24th day of January A. D. 1915,
and was a member of the classified State Civil Service of the State of
Illinois, by virtue of an Act of the Legislature approved June 10, 1911,
and in force July 1, 1911.

The evidence in this case shows that during the term of service
above mentioned, the claimant received and was paid by the State of
Illinois, the sum of $125.00 per month. That on the 24th day of
January, 1915, claimant was discharged from said position by the State
Civil Service Commission without any charges having been preferred
against him, and without any hearing having been given him before the
said State Civil Service Commission, except that he was required to
take an efficient test, and failed to receive the necessary passing grade.
The evidence further shows that afterwards, on the first day of Febru-
ary, 1916, claimant was reinstated by the said State Civil Service Com-
mission to the position formerly held by him, as above mentioned, and
at the salary of $125.00 per month, as above stated.

Claimant now presents his claim to this Court for the full amount
of the salary due him from the 24th day of January, 1915, to the first
day of February, 1916, amounting to $1,538.42, on the ground that he
had been unlawfully discharged by the State Civil Service Commission.

The State does not contend that claimant is not entitled to said
amount of salary, because he was unlawfully discharged.

We therefore make an award in favor of the claimant for one thous-
and five hundred thirty-eight and 42/100 ($1,538.42) dollars.